UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Criminal No. 19-CR-20697

vs.                                          HON. BERNARD A. FRIEDMAN

GROVER SCOTT,

    Defendant.
_____/

**<u>ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE</u>**

Defendant has filed a motion in this matter for compassionate release pursuant to 18 U.S.C. § 3582 [docket entry 29]. Defendant fears he is at risk of being infected by the coronavirus.

The Court must deny this motion because defendant has not shown that he has complied with the statute's exhaustion requirement. Section 3582(c)(1)(A) states that

> the court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment . . . if it finds that— (i) extraordinary and compelling reasons warrant such a reduction . . . .

The Sixth Circuit has held that this exhaustion requirement is mandatory, and that if a defendant files a motion seeking relief under this section without first complying with § 3582(c)(1)(A), the district court must deny the motion without prejudice. *See United States v. Alam*, No. 20-1298, 2020 WL 2845694, \*2-5 (6th Cir. June 2, 2020). Defendant impliedly concedes that he has not complied with this requirement by asserting that it "is a non-jurisdictional claims-

processing rule, and ask[ing] this court to forego this requirement." Def.'s Mot. at 1. Accordingly,

IT IS ORDERED that defendant's motion for compassionate release is denied without prejudice.

                                                s/Bernard A. Friedman  
                                                Bernard A. Friedman  
Dated: June 18, 2020                Senior United States District Judge  
      Detroit, Michigan

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 18, 2020.

| | |
|---|---|
| Grover Scott, #57857-039<br>Milan Federal Correctional Institution<br>Inmate Mail/Parcels<br>P.O. Box 1000<br>Milan, MI 48160 | s/Johnetta M. Curry-Williams<br>Case Manager |